**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

STEVEN ALAN SPEAR,

    Petitioner,

-vs-                                                      Case No.  8:03-cv-956-T-30MAP

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____/

**<u>ORDER</u>**

This matter comes before the Court for consideration of Petitioner's Application for Certificate of Appealability (Dkt. 58) of the August 7, 2013 decision dismissing his Motion for Relief from Judgment, filed pursuant to Fed.R.Civ.P. 60(b)(6), as a second habeas petition attacking the validity of his sentence (see Dkts. 56-57).[1]  Also before the Court is Petitioner's motion for leave to proceed on appeal *in forma pauperis* (Dkt. 61).

Upon consideration, the Court is inclined to vacate its order dismissing the Motion for Relief from Judgment as a second habeas petition, and treat the motion as a true Rule 60(b) motion challenging the denial of Ground One of his § 2254 petition based on a procedural bar.  However, Petitioner must first notify the Eleventh Circuit Court of Appeals that he

---

[1] "[A] certificate of appealability is required for the appeal of any denial of a Rule 60(b) motion for relief from a judgment in a [28 U.S.C.] § 2254 or [28 U.S.C.] § 2255 proceeding." *Jackson v. Crosby*, 437 F.3d 1290, 1294 (11th Cir. 2006) (citations omitted).

wishes to have his case remanded so as to confer jurisdiction on this Court. *See Mahone v. Ray*, 326 F.3d 1176, 1180 (11th Cir. 2003); *Lairsey v. Advance Abrasives Co.*, 542 F.2d 928, 932 (5th Cir. 1976).

ACCORDINGLY, the Court **ORDERS** that:

1. If Petitioner wants to seek relief from this Court from the order dismissing his Motion for Relief from Judgment as a second habeas petition (see Dkt. 57), he shall, within **FIFTEEN (15) DAYS** hereof, file a motion with the Eleventh Circuit Court of Appeals to remand his case.

2. Petitioner's Motion for Permission to Appeal In Forma Pauperis is **GRANTED** (Dkt. 61).

3. Petitioner's Application for Certificate of Appealability (Dkt. 58) is **GRANTED** on the issue of whether this Court erred in concluding that Petitioner's 60(b) motion was a second or successive habeas petition.

**DONE** and **ORDERED** in Tampa, Florida on November 4, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to:
Petitioner *pro se*
Counsel of Record

2